Roberto L. Rodriguez

State Bar No. 24088918

Vince M. Vela

State Bar No. 24097232

Higier Allen & Lautin, P.C.

The Tower at Cityplace

2711 N. Haskell Ave., Suite 2400

Dallas, Texas 75204

Telephone: (972) 716-1888

Facsimile: (972) 716-1899

ATTORNEYS FOR CEDAR SPRINGS I LLC, CEDAR SPRINGS II LLC, AND CEDAR SPRINGS III LLC, AS SUCCESSOR IN INTEREST TO VR OAK LAWN LIMITED PARTNERSHIP

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JUSTIN KYLE HARRISON, | § § § | CASE NO. 21-31521-sgj13 |
| | § | **Preliminary Hearing** |
| DEBTOR. | § | **August 18, 2022, at 1:30 p.m.** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES:

Please take notice that the undersigned and the law firm of Higier Allen & Lautin, P.C., appear as counsel for Cedar Springs I LLC, Cedar Springs II LLC, and Cedar Springs III LLC, as successor in interest to VR Oak Lawn Limited Partnership, pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, request all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorneys at the following addresses:

Roberto L. Rodriguez
Vince M. Vela
Higier Allen & Lautin, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing requests include notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices and any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise.

The undersigned additionally request that the Debtor, United States Trustee and the Clerk of the Court place the undersigned attorneys' names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

Respectfully submitted,

*/s/Vince M. Vela*
Roberto L. Rodriguez
rrodriguez@higierallen.com
State Bar No. 24088918
Vince M. Vela
vvela@higierallen.com
State Bar No. 24097232
Higier Allen & Lautin, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Telephone: (972) 716-1888
Facsimile: (972) 716-1899
Attorneys for Cedar Springs I LLC, Cedar Springs II LLC, and Cedar Springs III LLC, as successor in interest to VR Oak Lawn Limited Partnership

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2022, a true and correct copy of the foregoing Notice of Appearance was served in accordance with the Federal Rules of Bankruptcy Procedure on the following parties:

| | |
|---|---|
| Justin Kyle Harrison<br>4123 Cedar Springs Rd.<br>Apartment No. 3335<br>Dallas, Texas 75219<br>**Debtor**<br>**Sent Certified Mail Return Receipt Requested 7021 2720 0002 5913 6034** | Weldon Reed Allmand/Jennifer Rose Dartez/Nicholas C. Inman<br>Allmand Law Firm<br>860 Airport Frwy, Suite 401<br>Hurst, Texas 76054<br>**Debtor's Attorney, ECF** |
| U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75242<br>**United States trustee, ECF** | Thomas Powers<br>105 Decker Court, Ste 1150<br>Irving, TX 75062<br>**Trustee, ECF** |

                                                      */s/Vince M. Vela*
                                                    Vince M. Vela