Roberto L. Rodriguez
State Bar No. 24088918
Vince M. Vela
State Bar No. 24097232
Higier Allen & Lautin, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Telephone: (972) 716-1888
Facsimile: (972) 716-1899
ATTORNEYS FOR CEDAR SPRINGS I LLC, CEDAR SPRINGS II LLC, AND CEDAR SPRINGS III LLC, AS SUCCESSOR IN INTEREST TO VR OAK LAWN LIMITED PARTNERSHIP

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JUSTIN KYLE HARRISON, | § | CASE NO. 21-31521-sgj13 |
| | § | |
| | § | **Preliminary Hearing** |
| DEBTOR. | § | **August 18, 2022, at 1:30 p.m.** |

### NOTICE OF HEARING ON CEDAR SPRINGS I LLC, CEDAR SPRINGS II LLC, AND CEDAR SPRINGS III LLC, AS SUCCESSOR IN INTEREST TO VR OAK LAWN LIMITED PARTNERSHIP'S MOTION FOR RELIEF FROM AUTOMATIC STAY

TO ALL INTERESTED PARTIES:

You are hereby notified that the preliminary hearing on Cedar Springs I LLC, Cedar Springs II LLC, and Cedar Springs III LLC, as successor in interest to VR Oak Lawn Limited Partnership's Motion for Relief from Automatic Stay against Debtor Justin Kyle Harrison is scheduled for August 18, 2022, at 1:30 p.m. before the Honorable Judge Stacey G. Jernigan, Earle Cabell Federal Building, 1100 Commerce St., 14th Floor, Courtroom #1, Dallas, TX 75242-1496 via webex at https://us-courts.webex.com/meet/jerniga.

Respectfully submitted,

HIGIER ALLEN & LAUTIN

By:    */s/Vince M. Vela*
     Roberto L. Rodriguez
     rrodriguez@higierallen.com
     State Bar No. 24088918
     Vince M. Vela
     vvela@higierallen.com
     The Tower at Cityplace
     2711 N. Haskell Ave., Suite 2400
     Dallas, Texas 75204
     (972) 716-1888
     (972) 716-1899 Telecopy
     ATTORNEYS FOR CEDAR SPRINGS I LLC, CEDAR SPRINGS II LLC, AND CEDAR SPRINGS III LLC, AS SUCCESSOR IN INTEREST TO VR OAK LAWN LIMITED PARTNERSHIP

## Certificate of Service

I hereby certify that on July 22, 2022, a true and correct copy of the foregoing Notice of Hearing on Motion for Relief from Automatic Stay was served in accordance with the Federal Rules of Bankruptcy Procedure on the following parties:

| | |
|---|---|
| Justin Kyle Harrison<br>4123 Cedar Springs Rd.<br>Apartment No. 3335<br>Dallas, Texas 75219<br>**Debtor**<br>**Sent Certified Mail Return Receipt Requested 7021 2720 0002 5913 6034** | Weldon Reed Allmand/Jennifer Rose Dartez/Nicholas C. Inman<br>Allmand Law Firm<br>860 Airport Frwy, Suite 401<br>Hurst, Texas 76054<br>**Debtor's Attorney, ECF** |
| U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75242<br>**United States trustee, ECF** | Thomas Powers<br>105 Decker Court, Ste 1150<br>Irving, TX 75062<br>**Trustee, ECF** |

       */s/Vince M. Vela*
       Vince M. Vela